# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

July 29, 2022

**VIA CM/ECF**
Honorable Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20D
New York, NY 10007

**MEMO ENDORSED.**

        Re:    Turley v. Wyndham Hotel Group, LLC, et al.
                Case 1:22-cv-03729-PAE-OTW

Dear Judge Wang:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for August 3, 2022, at 2:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. Aditionally, the undersigned is currently out of the country and will not be available for an in-person Conference until August 22nd. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                                     Sincerely,

                                                     By: /S/   B. Bradley Weitz
                                                          B. Bradley Weitz, Esq. (BW9365)
                                                          THE WEITZ LAW FIRM, P.A.
                                                          Attorney for Plaintiff
                                                          Bank of America Building
                                                          18305 Biscayne Blvd., Suite 214
                                                          Aventura, Florida 33160
                                                          Telephone: (305) 949-7777
                                                          Facsimile:  (305) 704-3877
                                                          Email: bbw@weitzfirm.com

---

Application **GRANTED**. The Initial Case Management Conference scheduled for August 3, 2022 is herey adjourned to **October 11, 2022, at 11:00 a.m.**

**SO ORDERED.**

_____
Ona T. Wang                     8/1/22
U.S.M.J.