UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAWN M. TURLEY,
        Plaintiff,

v.

WYNDHAM HOTEL GROUP, LLC, d/b/a
DAYS INN BY WYNDHAM MIDDLETOWN,
and GANESH REALTY LLC,
        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 3729 (VB)

11/7/22

    Plaintiff commenced the instant action on May 8, 2022. (Doc. #1).

    On August 9, 2022, plaintiff docketed affidavits of service indicating service on defendants Ganesh Realty LLC and Wyndham Hotel Group, LLC, on August 2, 2022. (Doc. #12; Doc. #13). Accordingly, defendants had until August 23, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    To date, neither defendant has answered, moved, or otherwise responded to the complaint.

    Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **November 14, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **November 28, 2022. If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 7, 2022
       White Plains, NY

                                      SO ORDERED:

                                      /s/ Vincent L. Briccetti
                                      Vincent L. Briccetti
                                      United States District Judge